**Maurice:** of the trespass you all are doing. You continue to lie on Karlie and etc. you don't scare me like you do her. She innocent!! And I'm private trust property. Be blessed!! Don't harass me anymore

**Me:** So now are you saying you don't owe me any monies that you stole and lied about using and signed legal documents on ok the courts see it very differently. Not harassing at all just excited to help anyone putting you away that is all

Delivered

**Maurice:** Y'all all will pay very soon with these illegals suits!!! You can't sue private private property!!! Good luck and trust all courts with see my IPP status!!! Don't contact me again, it's harassing and trespassing!!!!

iMessage

**Maurice**

> Be on lookout for counter lawsuit, your harassment, trespassing and hot checks!!!

> Hahaha sure

> Don't contact me anymore!! All smiles over here

> I will leave that or my Attoney's

> You or anyone involved with you don't need to ever contact me again!! I have warned you of the trespass you all are doing. You continue to lie on Karlie and etc. you don't scare me like you do her. She innocent!! And I'm private trust property. Be blessed!! Don't harass me anymore

> So now are you saying you don't owe me any monies that