IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>MAURICE FAYNE<br><br>    Defendant. | CRIMINAL ACTION FILE NO.<br><br>1:20-CR-228-MHC-JKL-1 |

## **ORDER**

Pending before the Court is Saraliene Durrett's motion to withdraw as counsel of record for the above-named defendant [Doc. 232]. For good cause shown, Ms. Durrett's motion to withdraw is GRANTED.

The Clerk of Court is DIRECTED to TERMINATE Saraliene Durrett as counsel of record as to Defendant Maurice Fayne.

IT IS SO ORDERED this 16th day of September, 2021.

_____
JOHN K. LARKINS III
United States Magistrate Judge