IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| | ) | |
| V. | ) | 1:20-cr-228-MHC-JKL |
| | ) | |
| MAURICE FAYNE | ) | |

# NOTICE OF APPEAL

Notice is hereby given that Maurice Fayne hereby appeals to the Eleventh Circuit Court of Appeals the judgment entered on September 16, 2021, by the Honorable Mark H. Cohen (Doc. 231) in the United States District Court for the Northern District of Georgia.

Dated: This 16th day of September, 2021.

Respectfully submitted,

*/s/ Leigh Ann Webster*
Leigh Ann Webster
Georgia Bar No. 968087
Attorney for Maurice Fayne

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, Georgia  30316
Telephone: (404) 590-7967
law@stricklandwebster.com

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Dated: This 16th day of September, 2021.

                                      Respectfully submitted,

                                      */s/ Leigh Ann Webster*
                                      Leigh Ann Webster
                                      Georgia Bar No. 968087
                                      Attorney for Maurice Fayne

STRICKLAND WEBSTER, LLC
830 Glenwood Ave.
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
law@stricklandwebster.com